UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VERA JOHNSON** | * | CIVIL ACTION |
| **Plaintiff,** | * | NUMBER:  07-3750 |
| E. | * | SECTION:  "K" (5) |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | * | |
| **Defendant.** | * | |

\* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Remand filed by the Commissioner of the Social Security Administration,

**IT IS HEREBY ORDERED** that this cause be remanded to the Commissioner of the Social Security Administration pursuant to Sentence 4 of Section 205(g) of the Social Security Act, 42 U.S.C. §§ 405(g).

New Orleans, Louisiana this __3rd__ day of _____April_____, 2008.

_____
UNITED STATES DISTRICT JUDGE