## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERA JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-3750** |
| **MICHAEL J. ASTRUE,** <br> **COMMISSIONER OF SOCIAL SECURITY** | **SECTION "K"(5)** |

### ORDER

The Court has been advised by counsel for the parties that all of the parties have agreed to the following compromise regarding attorneys' fees (Rec. Doc. 19), accordingly

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 2412(d)(1)(A), the plaintiff has prevailed in her action against an agency of the United States government and is entitled to fees; and

**IT IS FURTHER ORDERED** that the Defendant shall pay Plaintiff's counsel, Barkan, Neff, Handelman & Meizlish L.L.P. fees in the amount of $2,937.50 representing 23.5 hours of judicial time at the statutory rate of $125.00 per hour; and

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorneys' Fees (Rec. Doc. 18) is **DENIED AS MOOT** in light of the parties' agreement.

New Orleans, Louisiana, this __8th__ day of December, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**